

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Correctional Institution*
*P. O. Box 1000*
*Butner, North Carolina 27509*

December 15, 2021

The Honorable Judge James C. Dever, III
United States District Judge
310 New Bern Avenue
Raleigh, NC 27601

RE: JENRETTE, Carl James
REGISTER NUMBER: 74433-509
DOCKET NUMBER: 5:21-CR-293-2D

Dear Judge Dever:

The above-referenced individual was admitted to the Federal Correctional Institution, Butner, North Carolina on December 8, 2021, pursuant to the provisions of Title 18, United States Code, Sections 4241 and 4247.

Per CDC and Bureau of Prisons guidance intended to mitigate the spread of COVID-19, Mr. Jenrette was immediately placed on quarantine status upon arrival. The quarantine and associated testing will last approximately 21 days. While he will have access to routine and emergency mental health care during quarantine, it will not be possible to conduct necessary interviews or psychological testing until he is released from quarantine. It is anticipated Mr. Jenrette will be discharged from quarantine status on or about December 29, 2021. Accordingly, we respectfully request the evaluation period start on the date of his release from quarantine and calculate the evaluation period to end January 29, 2022. Staff will notify the U.S. Marshals Service when the evaluation period is concluded and work to complete the forensic report as soon as possible after that date.

Thank you in advance for your assistance in this matter. If you need additional information, please contact Dr. Zonno, CTP Administrator, at (919) 575-4541, ext. 3650.

Respectfully,

R. Ramos
Warden

The extension is fine.

This 17 day of December, 2021.

JAMES C. DEVER III
United States District Judge