IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-293-D-2

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SEAL** |
| CARL JAMES JENRETTE, | **[DOCKET ENTRY NUMBER 81]** |
| Defendant. | |

Upon Motion of the Defendant, it is hereby **ORDERED** that Docket Entry Number 81 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED**. This, the 22 day of September, 2022.

JAMES C. DEVER III
United States District Judge

20876742.v1